IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01783-RM-KLM

ADA SANCHEZ,

    Plaintiff,

v.

DENVER URGENT CARE, L.L.C.,

    Defendant.

___

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Motion Requesting Entry of a HIPAA Qualified Protective Order [#22]**[1] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#22] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the HIPAA Qualified Protective Order [#22-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: July 22, 2014

---

[1] "[#22]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.